# United States District Court

WESTERN DISTRICT OF WASHINGTON

JEREMY NAUMANN

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C09-5563KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The ALJ's decision is REVERSED, and this matter hereby is REMANDED to the Commissioner for further administrative proceedings.

| | |
|---|---|
| August 31, 2010 | BRUCE RIFKIN |
| | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |